**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-7828**

———————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

LORENZO OWEN SPELLMAN,

                    Defendant – Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Henry E. Hudson, District
Judge.  (3:08-cr-00107-HEH-1)

———————

Submitted: February 25, 2010          Decided:  March 4, 2010

———————

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Lorenzo Owen Spellman, Appellant Pro Se.   Angela Mastandrea-
Miller, Assistant United States Attorney, Richmond, Virginia,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenzo Owen Spellman appeals the district court's order denying his post-judgment motion to withdraw his guilty plea. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Spellman, No. 3:08-cr-00107-HEH-1 (E.D. Va. Sept. 4, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED